JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY BELL,<br>　　　Petitioner<br>　　v.<br>ERIC ARNOLD, Warden,<br>　　　Respondent. | Case No. EDCV 18-598-JFW (GJS)<br><br>JUDGMENT |

Pursuant to the Court's Order: Summarily Dismissing Petition Without Prejudice; And Denying Certificate Of Appealability,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: May 17, 2018.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE